


IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Criminal No. 24-CR-200 09 |
| v. | ) |
| | ) Title 18, United States Code, |
| | ) Sections 2251(a) and (e), 2252A(a)(2)(A) |
| | ) and (b)(1). |
| RICHARD SWEITZER, | ) |
| | ) |
| Defendant. | ) |

# INDICTMENT

## COUNT 1
(Attempted Sexual Exploitation of a Minor)

**THE GRAND JURY CHARGES:**

Between on or about April 27, 2023, and on or about May 26, 2023, in Champaign County, in the Central District of Illinois, and elsewhere,

**RICHARD SWEITZER,**

defendant herein, did knowingly attempt to employ, use, persuade, induce, entice, and coerce, an individual who he believed had not attained the age of 18 years to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and such visual depiction would be produced and transmitted using materials that have been mailed,

1

shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 2
(Attempted Receipt of Child Pornography)

**THE GRAND JURY CHARGES:**

Between on or about April 27, 2023, and on or about May 26, 2023, in Champaign County, in the Central District of Illinois, and elsewhere,

**RICHARD SWEITZER,**

defendant herein, knowingly attempted to receive child pornography, as defined in Title 18, United States Code, Section 2256(8), including visual depictions of a minor engaging in sexually explicit conduct, that is, the following files:

- "AddypussyWet.mov"
- "Addison_showerr_time.mpg"

using any means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

## FORFEITURE NOTICE

1.  The charges contained in the foregoing counts are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2428.

2.  For his engagement in the violations alleged in Counts One and Two of this Indictment,

**RICHARD SWEITZER,**

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253 and 2428, all interest in:

   a.  Any property, real or personal, used or intended to be used to commit or promote the commission of the offense alleged in Count One and Two of this Indictment.

3.  The property referenced in paragraph 2, subparagraph a, above includes, but is not limited to, cellular telephones; video recorders and accessories; cameras; computer hardware such as monitors, central processing units, keyboards, computer programs, software, computer storage devices (including disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other equipment); printers; contents of memory data contained in and through the aforementioned hardware and software; tools; equipment; manuals and documentation for the assembly and use of the aforementioned hardware and software.

All pursuant to Title 18, United States Code, Sections 2253 and 2428.

A TRUE BILL,
s/Foreperson

FOREPERSON

s/Nathan Bertrand



_____
GREGORY K. HARRIS
UNITED STATES ATTORNEY
NTB

4