IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.  24-CR-20009 |
| RICHARD SWEITZER, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America, by its attorneys, Gregory M. Gilmore, Acting United States Attorney for the Central District of Illinois, and Rachel E. Ritzer, Assistant United States Attorney, respectfully substitutes Rachel E. Ritzer as the attorney of record for the plaintiff in the above-referenced cause.

Respectfully submitted,

GREGORY M. GILMORE
ACTING UNITED STATES ATTORNEY

*s/ Rachel E. Ritzer*
Rachel E. Ritzer
Illinois Bar No. 6309905
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: (217) 373-5875
rachel.ritzer@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of August, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all CM/ECF participants.

    s/ Mary A. Moss
    Legal Administrative Specialist