2:24-cr-20009-CSB-EIL    #33    Filed: 05/27/26    Page 1 of 1

E-FILED
Wednesday, 27 May, 2026 10:15:37 AM
Clerk, U.S. District Court, ILCD

 Gmail

Brian Hiatt <brian@brianhiattlaw.com>

## (3)Ricky Sweitzer Jr. Character Reference #2:24-CR-20009-EIL-1

1 message

**Rick Sweitzer** <RickSweitzer@outlook.com>      Wed, Apr 1, 2026 at 6:13 PM
To: Brian Hiatt <brian@brianhiattlaw.com>
Cc: "Maria ." <maria@brianhiattlaw.com>

March 31, 2026

Dear Judge Bruce
I am a journeyman plumber and I work in Fayetteville Georgia and while I like my job doing plumbing, I love technology and that is something that my nephew and I had something in common with. He loved messing with Legos when he was younger and when he was in school, he got in the theater and got the sound and lighting and enjoyed it and also with me. We were brought up basically the same. We always like taking things apart and seeing how they work just like his dad and me. We like to see the end result of how something is made and we like starting the project and going through all the steps to come up with some kind of product. And that's why I think my nephew enjoyed Theatre and moved to work for Disney and get into the entertainment field. He's always been a fun, gentle, smart, intelligent guy, and I always loved giving him a call about little problems I would let him know that I came up with something if it had to do with buying new technology like a projector or a smart gadget for the house. We always like bouncing back-and-forth the different products we bought.

Sincerely,


Jay Sweitzer
443-765-7818