E-FILED
Wednesday, 27 May, 2026 10:16:24 AM
Clerk, U.S. District Court, ILCD

Nicholas Webb
400 East Chestnut Street
Fairbury, Illinois 61739
309-212-9752

Re: Richard Sweitzer character reference

Date: 1/15/26

To the Honorable Judge Bruce,

Good day your honor. My name is Nick Webb and I am writing you on behalf of Richard Sweitzer. I met Mr. Sweitzer during his time in Livingston County awaiting his case pending before you. Ricky was housed in the same pod as my son, Tyler at the Livingston county jail. I'm afraid I can't speak for his upbringing, his life's struggles, or even his alleged offense in which you now preside over. However, I can speak of a man with whom I've gotten to known over the last 2 years; past unknown, future uncertain. A blank page in a book I guess you would say; one where Ricky's choices and actions would determine the story it would tell.

My son, Tyler is a free spirit and had been facing an accusation too often labeled as 'guilty until proven innocent' in the eyes of society. Being incarcerated pending trial was extremely difficult for him. Tyler suffers from bipolar disorder and tends to lean toward the manic side of manic depression. Being in an unfamiliar environment, losing his freedom and feeling unable to assist in his defense; his anxiety skyrocketed and his worries and fears were amplified. I, of course could only provide support limited to our messages, phone calls and occasional video visits. Physically, I couldn't beat there to protect him from the threats of violence, the threats of rape, or the attacks he would face. At the end of the say, Tyler would have been alone to deal with his mental health struggles and the physical dangers that Livingston county jail fails to curb.

When Tyler met Ricky, it would be a game changer for him. They became friends quickly and because of the man Ricky was and is; Tyler would find that he was not alone after all. Now I know Ricky himself faces significant medical issues. I know Ricky has his own accusations, case and family to worry about. However, Ricky never let any of that distract him from providing support, humor and strength to my son when he needed it. Ricky knew when Tyler was overly stressed or anxious and he would always take time to listen to my son and give him an opportunity to vent. Ricky would bring laughter to a place where most people would only find sadness and fear. Ricky would distract my son with card games and conversations to help calm him down and allow him a little bit of grace from his anxiety, depression and fear.

Additionally, Ricky asked to connect with me so that he could keep me informed of any changes that Tyler would not otherwise be able to notify me of. Even though my son is no longer at Livingston County, Ricky still reaches out to check on both me and Tyler. He always shares optimism and hope with us both in every interaction. He treats us as if we were family and has even facilitated a connection for us with his own family so that our friendship can continue to grow and fortify. Ricky's selfless character and genuine compassion for others in mirrored by his wife as well. Both Tyler and I feel

blessed to have had this opportunity to meet them. I can honestly say that I fear what would have become of my son; had he not met Richard Sweitzer.

Again, I can not speak of the accusations against him. I can only remember that we are all human and flawed by design. We all have the ability to make poor choices and for me anyway; it is not the mistakes that define us…..it's what we do next that matters. The man I've come to know in the last two years is selfless, compassionate and puts others needs before his own with patience and care. He has integrity and a surprising ability to share optimism and hope. He is loved and supported by his wife and father; and now by my family as well. I truly hope you will take this all into consideration when considering his sentencing and give him an opportunity to continue to write this next chapter of his life.

Thank you for your time,

*Nicholas Webb*

Nicholas Webb
01/15/26