E-FILED
Wednesday, 27 May, 2026 10:17:08 AM
Clerk, U.S. District Court, ILCD

Paul Kelm
645 Dunkeld Ct
Severna Park, MD 21146

April 5th, 2026

The Honorable Colin S. Bruce
U.S District Court for the central discount of Illinois Urbana div.
218 U.S Courthouse
201 S. Vine St.
Urbana, IL 61802

Dear Judge Bruce,

My Name is Paul Kelm, and I am writing to you on the behalf of my nephew Richard Sweitzer Jr. whom I have known since the day he was born and have been privileged to have a role in helping to raise him. I have grown quite close to him and not only see him as a family member but also as a good friend. We come from a large family, and I can say for certain that myself and everyone else in the family were surprised when we heard he was taken into custody.

I am aware of the charges that were brought against him, and I have been in contact with him many times over the last two years. From both recent conversations and from knowing Richard over the last 30+ years, I know the charges are out of character for him. The Richard I know is great family man who at times was more like a brother than a nephew to me. He was a selfless person and a hard worker with a dream job and always found the time to put others first. Any time I saw him, rather at work, family gatherings or just hanging out on the weekends, he always had something fun planned and made sure everyone was included.

I have mentioned our family ties several times which I feel are very important, and I hope they can play a part in any sentencing decisions. Richard is one of 8 nieces and nephews from 4 siblings and now has a daughter of his own. All of these people as well as grandparents, spouses and other close family friends constitute Richard's support network and each one of them misses him dearly. Also, once he is ultimately released, we will all welcome him back with open arms and do everything in our power to help him and guide him to make good decisions moving forward.

Richard may have made some mistakes in recent years but ultimately, I do not believe they define who he is or wants to be. I personally hope to be able to see him again soon and I know I speak for many others as well who would all like to see him come home.

Thank you,

Paul Kelm