2:24-cr-20009-CSB-EIL   #36   Filed: 05/27/26   Page 1 of 1

E-FILED
Wednesday, 27 May, 2026  10:17:48 AM
Clerk, U.S. District Court, ILCD

 Gmail

## (1)Ricky Sweitzer Jr. Character Reference #2:24-CR-20009-CSB-EIL-1

1 message

**Rick Sweitzer** <RickSweitzer@outlook.com>          Wed, Apr 1, 2026 at 6:14 PM
To: Brian Hiatt <brian@brianhiattlaw.com>
Cc: "Maria ." <maria@brianhiattlaw.com>

March 31, 2026

Dear Judge Bruce,

 My name is Richard Sweitzer, I am writing to you today to give you concerning my son, Richard Sweitzer Jr. Case #2:24-CR-20009-CSB-EIL-1. Ricky is an outstanding young man; from a very young age he has been fascinated with a hands-on approach to learning everything that pertains to lighting and sound productions. He was sought after by many for his keen sense of sound levels which make the not so best voices sound like a highly skilled vocalist. His favorite phrase he would tell me is " they are able to sing but I make them sound like a powerhouse." He worked every day to perfect his skill and is not afraid to go beyond to prove himself in the industry.
His family means everything to him as it is to me. The time apart has been very hard, everyday he would call on his way home from work to give me the bullet points of his day. It been 2 years since I've received one of those calls. It is an empty spot that is tough to fill. I would be very grateful if you were able to give him any leniency when you sentence him.
In closing, Ricky has been working on many things while incarcerated to be a stronger man in society. I would like to thank you for this time.

Respectfully,

Rick Sweitzer
443-623-1182
ricksweitzer@outlook.com