E-FILED
Wednesday, 27 May, 2026 10:18:32 AM
Clerk, U.S. District Court, ILCD

To the Honorable Judge Bruce,

My name is Stephen Kelm, and I am writing this letter on behalf of my nephew, Ricky Sweitzer. I have always thought of Ricky more as a brother than a nephew, and I want to share my personal experience with his character and the kind of person I have known him to be.

Ricky has always been kind to me and to my family. Over the years, he has consistently shown himself to be caring, respectful, and willing to help whenever we needed him. When our family has faced difficulties or simply needed an extra hand, Ricky has been someone we could count on.

He has also always seemed to be a good parent. From what I have personally observed, he cares deeply about his one child, Haley, and takes his role as a parent seriously. He has shown love, concern, and involvement in Haley's life, and that has always stood out to me.

I understand that this matter before the court is serious. I am not trying to excuse any wrongdoing, but I respectfully ask the Court to consider that Ricky is more than this situation and that he has many positive qualities that I have seen firsthand over the years.

Thank you for taking the time to read this letter and consider my thoughts.

Sincerely,
Stephen Kelm