2:24-cr-20009-CSB-EIL # 38 Filed: 05/27/26 Page 1 of 1
E-FILED
Wednesday, 27 May, 2026 10:19:27 AM
Clerk, U.S. District Court, ILCD

Gmail

**Brian Hiatt <brian@brianhiattlaw.com>**

---

## (2)Ricky Sweitzer Jr. Character Reference #2:24-CR-20009-CSB-EIL-1

1 message

---

**Rick Sweitzer** <RickSweitzer@outlook.com> Wed, Apr 1, 2026 at 6:13 PM
To: Brian Hiatt <brian@brianhiattlaw.com>
Cc: "Maria ." <maria@brianhiattlaw.com>

March 31, 2026

Dear Judge Bruce,

My Name is Billie Sweitzer-Key, I am writing to you today to talk about my grandson Ricky. I could go on and on about him being my first and only grandson for a number of years until my second grandchild was graced to our family.
I want to share a story about Ricky, the first Christmas after the passing of my first husband, Ricky's grandpa. Every Christmas night his grandpa would play Santa and hand out presents. This year 2006, Rickys Uncles convinced him to put on the suit and play Santa. He was so nervous and while I was helping him get dressed, he was so nervous. He kept telling me he could not do it. I whispered in his ear just use the magic that comes with the suit, just like grandpa. After about an hour being the best Santa ever, he left and Ricky came back, walked up to me and said Thank you the magic will never die, it worked.
As his grandma, I don't know anything about his case, but what I do know is that he has learned a valuable lesson and you can mark my word the system will never see or hear his name ever again.

Thank you for your time

Billie J Sweitzer-Key
443-506-7609