2:24-cr-20009-CSB-EIL # 39 Filed: 05/27/26 Page 1 of 1
E-FILED
Wednesday, 27 May, 2026 10:20:23 AM
Clerk, U.S. District Court, ILCD

Gmail

Brian Hiatt <brian@brianhiattlaw.com>

# (4)Ricky Sweitzer Jr. Character Reference #2:24-CR-20009-CSB-EIL-1

1 message

**Rick Sweitzer** <RickSweitzer@outlook.com> Wed, Apr 1, 2026 at 6:12 PM
To: Brian Hiatt <brian@brianhiattlaw.com>
Cc: "Maria ." <maria@brianhiattlaw.com>

April 1, 2026

Dear Judge Bruce,
My name is Stephanie Muller, Ricky Sweitzer's dad and I have been together for 11years, I am writing today to speak about Ricky. When I first met him, he greeted me with a big hug calling me Mom 2.0 and to this day he treats me with the utmost respect as any well raised young man should. Ricky was excited to share all of his accomplishments and stories while working. He was always there when I called him, always ready to drop everything and help anyone who needed his assistance. He loved to invite everyone over for steak and potatoes right off the grill. His family means the world to him. Ricky reaches out as much as he can, and we talk about our days and his stresses as well as how he has been working hard to be ready for outside life and continuous family support and family spending time together as we did prior.

Respectfully,

Stephanie Mueller
410-508-6730