E-FILED
Wednesday, 27 May, 2026 10:22:17 AM
Clerk, U.S. District Court, ILCD

Gmail

Brian Hiatt <brian@brianhiattlaw.com>

## Richard Sweitzer Jr.

**Kim Sweitzer** <ksweitzer@cablespeed.com> Tue, May 26, 2026 at 6:41 PM
To: Brian Hiatt <brian@brianhiattlaw.com>

# Your Honor,

On October 6,1992 my son Ricky was born. Over the years I have been impressed by his politeness, willingness to help anyone, his ability to be a great dad, and his ability to preserver and over come challanges.

Ricky was born with ganglionic Hirschsprung's disease. He had no nerve endings in his whole large intestines/colon. Over the first three years of his life he endured pain to the point of passing out, an illiaostomy, prolapsed intestines, severe dehydration, numerous ambulance rides, 32 surgeries and procedures. We almost lost him several times and still to this day know that if he gets an illness of any kind he needs to go to the hospital and be seen and rehydrated quickly. We were always told he would be an unhappy child, have issues learning and a poor quality of life.

But your Honor he proved everyone wrong. He knows his Manners, please and thank you, yes Sir and no Sir. He excelled in school and achieved several degrees and his life long dream to work for Disney. He got married and started his own family who he made sure wanted for nothing. He also took care of my elderly mother and acts as a father figure to his brother and sister as his father and I have been divorced for over 15 years.

Ricky has never been in any trouble before and I assure you that I will do everything in my power to ensure he stays out of it in the future. I was always proud to say that he is my son and I always will be. Now mind you I don't know all the details of his case or charges and I am sure that you will be fair in whatever decisions that you make however please keep in mind that we need him in our lives. We need him to continue to take care of his mom-mom and his family. His brother and sister need him to continue helping them to navigate life and be there to answer and help with their problems as they arise. As a mother I need to be able to sleep at night knowing that he is safe and healthy and most of all I need to be able to hug him and continue to mother him. We almost lost him so many times when he was younger please don't make us lose him now.

Thank you for your time and consideration.

Kimberly Owens
Ricky's mom

Sent from my iPhone

> On May 26, 2026, at 7:45AM, Brian Hiatt <brian@brianhiattlaw.com> wrote:
>
> [Quoted text hidden]