2:24-cr-20009-CSB-EIL    #41   Filed: 05/29/26   Page 1 of 1

E-FILED
Friday, 29 May, 2026  06:24:14 AM
Clerk, U.S. District Court, ILCD





**Brian Hiatt <brian@brianhiattlaw.com>**

---

### "Honorable Judge,"

---

**Kim Sweitzer** <ksweitzer@cablespeed.com>                    Thu, May 28, 2026 at 7:00 PM
To: Brian Hiatt <brian@brianhiattlaw.com>

Honorable Judge,

I am writing to you today to help you to know the Ricky that I have always known.

Ricky has always been a loving caring member of his family and his community. He has always been there for whoever him and whatever reason he could help. He has had some struggles during life but has worked hard and constant to be an asset to his home and work community. He fought hard to go through school and has obtained two bachelors degrees.

Due to a critical lack of judgement Ricky has lost everything. He has lost his wife, his child, his home, his dream job, and the respect of his family.

This is not the person we all know and love.Hopefully the type of person he is has been noticed while he's been there over the past two years.

I know when given the chance he will become the kind, hard working, law abiding citizen we know he can be.

Thank you for giving him a chance with whatever you may find in your decision for his future. He has a strong group of family and peers to help him become what he always has strived to be. We need him in our lives however we know you will be fair in your decisions.

Thank you for your time.

Laverne Kelm
Rickys Mom-Mom

Sent from my iPhone

> On May 26, 2026, at 7:43AM, Brian Hiatt <brian@brianhiattlaw.com> wrote:

[Quoted text hidden]