E-FILED
Thursday, 02 July, 2026 03:44:19 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD SWEITZER,<br><br>Defendant. | ) | Case No. 24-CR-20009 |

**FINAL ORDER OF FORFEITURE**

THIS MATTER coming before the Court on the Government's Motion for Entry of a Final Order of Forfeiture, the Court finds as follows:

1. On February 6, 2026, this Court entered a Preliminary Order of Forfeiture (d/e 28) pursuant to Title 18, United States Code, Sections 2253 and 2428, incorporating by reference the provisions of Rule 32.2 of the Federal Rules of Criminal Procedure, based upon Defendant Richard Sweitzer's written plea agreement;

2. Commencing on February 8, 2026, and continuing for thirty days thereafter, the United States posted on an official government internet site (www.forfeiture.gov) notice of this forfeiture, and of the intent of the United States to dispose of the property in accordance with law, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

3. This Court has been advised that no petitions or claims have been filed.

ACCORDINGLY, the Government's Motion for a Final Order of Forfeiture is GRANTED, and IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

A. All right, title, and interest in and to the following property is hereby forfeited to the United States:

- An iPhone 15 Pro Max, Serial Number FFMJQ1QA0DXP.

B. The United States, or its agents or representatives, is hereby authorized to dispose of said property in accordance with law.

DATE: 7/2/2026

s/Colin S. Bruce